FILED

2008 OCT 30  AM 11:12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA <br> PLAINTIFF(S) <br> v. <br> JAMES WALKER WATSON JR. <br> DEFENDANT(S). | CASE NUMBER **08-2677M** <br><br> **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: **VIOLATION PETITION**
in the **EASTERN** District of **CALIFORNIA** on **10/16/08**
at **3:43** ☐ a.m. / ☑ p.m. The offense was allegedly committed on or about **5/13/08**
in violation of Title **18** U.S.C., Section(s) **3606**
to wit: **VIOLATION OF SUPERVISED RELEASE**

A warrant for defendant's arrest was issued by: **JUDGE WILLIAM B. SHUBB**

Bond of $ **NO BAIL** was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **10/30/08**, by

**Alma Felix**, Deputy Clerk.

_____      **ADRIAN WACTOR**
Signature of Agent      Print Name of Agent

**USMS**      **DEPUTY U.S. MARSHAL**
Agency      Title

---

CR-52 (05/98)      **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**