FILED

2008 OCT 30 AM 11: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER 08-2677M |
|---|---|
| v. JAMES WALKER WATSON JR. DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  10/29/08   4:00   ☐ AM / ☑ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18 USC 3606  Sup. Release
3. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1955
6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): N/A
8. Date detainer placed on defendant: N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: Duty Officer
11. Remarks (if any): _____

12. Date: 10/30/08
13. Signature: [signature]
14. Name: ADRIAN WALTON
15. Title: DEPUTY U.S. MARSHAL