FILED
CLERK, U.S. DISTRICT COURT

OCT 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )  Case No.: MJ 08-2677
                        Plaintiff, )
                                ) ORDER OF DETENTION
                                ) [Fed. R. Crim. P. 32.1(a)(6);
           vs.                ) 18 U.S.C. § 3143(a)]
James Walker Watson Jr., )
                        Defendant. )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of CA. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☑ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

```
 1
 2
 3
 4        and/or
 5   B.   (✓) The defendant has not met his/her burden of establishing by
 6        clear and convincing evidence that he/she is not likely to pose
 7        a danger to the safety of any other person or the community if
 8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9        on: _____
10        _____
11        _____
12        _____
13
14        IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated:  10/30/08.
18
19                                        _____
20                                        JEFFREY W. JOHNSON
                                          UNITED STATES MAGISTRATE JUDGE
```